UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    12-50955 |
| THOMAS G. HALL | ) | |
| Debtor | ) | Chapter: 7 |
| | ) | |
| EMILY HALL | ) | Honorable Carol A. Doyle |
| Defendant. | ) | Kane |
| Debtor(s) | ) | |

**Fina l  ORDER EXTENDING TIME TO OBJECT TO DISCHARGE PURSUANT TO
11 U.S.C. §727(c)(1) AND FILE A MOTION TO DISMISS UNDER 11 U.S.C § 707(b)**

This cause coming to be heard on the motion of the Defendant, due notice having been given:

IT IS HEREBY ORDERED that the last day for the Defendant to file a complaint objecting to Debtor's discharge is extended through and including August 13, 2013. *and final day*

IT IS FURTHER ORDERED  that the last day for the Defendant to file a motion to dismiss under 11 U.S.C § 707 is extended to and including August 13, 2013.

Enter:

*Donald R Cassling*
United States Bankruptcy Judge

Dated:    7/25/13

**Prepared by:**
James A. Young, ARDC 6217342
James A. Young & Associates, LTD.
47 DuPage Court
Elgin, IL 60120
PH: (847) 608-9526  FX: (847) 695-3494